MATTHEW T. FOLEY, Esq. #023212
**LAW OFFICES OF MATTHEW FOLEY, PLC**
4400 E. Broadway, Ste. 811
Tucson, AZ 85711
*Telephone*: (520) 795-5600
*Fax*: (888) 329-4606
*Email*: Matt@FoleyPLC.com
*Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter: 7 Proceedings |
|---|---|
| **LINDA JOY SANDS** | Case No: 4:18-bk-00142-SHG |
| Debtor. | **DECLARATION RE:** **AMENDED STATEMENT OF INTENTION** |

I, Linda Joy Sands, the Debtor in the above captioned Chapter 7 Bankruptcy case and hereby declare under penalty of perjury that I have reviewed the Statement of Intention which is on the attached 2 sheets, and the information is true and correct to the best of our knowledge.

Date: October 25, 2018

                                                /s/ Linda Joy Sands
                                                Linda Joy Sands, Debtor